## MOORE *v.* THE STATE.

LUMPKIN, P. J.   This case as to all material points is controlled by the decision this day rendered in the case of *Martin* v. *State*, ante.

    *Judgment affirmed. · All the Justices concurring, except Lewis, J., absent.*

Argued April 21,—Decided April 29, 1902.

Indictment for riot.   Before Judge Seabrook.   Liberty superior court.   February 15, 1902.

*Donald Fraser* and *B. A. Way*, for plaintiff in error.
*Livingston Kenan, solicitor-general*, contra.